1   LAURA A. STOLL (SBN 255023)
    *LStoll@goodwinlaw.com*
2   **GOODWIN PROCTER LLP**
    601 South Figueroa Street, 41st Floor
3   Los Angeles, California  90017
    Tel.: +1 213 426 2500
4   Fax: +1 213 623 1673

5   DAVID ROSSITER CALLAWAY (SBN 121782)
    *DCallaway@goodwinlaw.com*
6   **GOODWIN PROCTER LLP**
    601 Marshall Street
7   Redwood City, California  94063
    Tel.: +1 650 752 3100
8   Fax: +1 650 853 1038

9   Attorneys for Defendant
    BANK OF AMERICA, N.A.
10

    **Additional Counsel Listed on Signature Pages**
11

12             **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14   JENNIFER YICK, on behalf of herself and all others similarly situated,     Case No. 3:21-cv-00376-VC

15            Plaintiff,

16         **JOINT STIPULATION AND [PROPOSED]**
         **ORDER TO ENLARGE TIME FOR BRIEFING**
    v.           **SCHEDULE IN RESPONSE TO PLAINTIFF**
17           **JENNIFER YICK'S MOTION TO**
    BANK OF AMERICA, N.A., and DOES 1-20,   **CONSOLIDATE THE RELATED CASES**
18   inclusive,          **PURSUANT TO CIVIL LOCAL RULE 6-2**
          **AS MODIFIED**
19           Defendants.     Courtroom:  4 – 17th Floor
          Judge:  Hon. Vince Chhabria
20

21           Complaint filed:  January 14, 2021

22   **This document also relates to:**     Case No. 3-21-cv-00494-VC

23   CARLOS RODRIGUEZ, on behalf of himself and all others similarly situated,
24

25           Plaintiff,     Judge:  Hon. Vince Chhabria
    v.
26           Complaint filed:  January 20, 2021

27   BANK OF AMERICA, N.A.,

28

    JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE IN
    RESPONSE TO PLAINTIFF JENNIFER YICK'S MOTION TO CONSOLIDATE THE RELATED CASES PURSUANT
    TO CIVIL LOCAL RULE 6-2 (CASE NO. 3:21-cv-00376-VC and Related Cases)

1

Defendant.

2

| This document also relates to: | Case No. 3:21-cv-00547-VC |

3

J. MICHAEL WILLRICH, on behalf of himself
and all others similarly situated,

4

5

Plaintiffs,          Judge:  Hon. Vince Chhabria

6

v.          Complaint filed:  January 22, 2021

7

BANK OF AMERICA, N.A., and DOES 1-20,
inclusive,

8

Defendants.

9

| This document also relates to: | Case No. 3:21-cv-00572-VC |

10

LINDSAY MCCLURE, on behalf of herself and
all others similarly situated,

11

12

Plaintiff,

13

v.          Judge:  Hon. Vince Chhabria

14

BANK OF AMERICA, N.A., and DOES 1-20,
inclusive,          Complaint filed:  January 25, 2021

15

Defendants.

16

| This document also relates to: | Case No. 3:21-00615-VC |

17

ROLAND OOSTHUIZEN and ROSEMARY
MATHEWS, on behalf of themselves and all
others similarly situated,

18

19

Plaintiffs,          Judge:  Hon. Vince Chhabria

20

v.          Complaint filed:  January 26, 2021

21

BANK OF AMERICA, N.A., and DOES 1-30,
inclusive,

22

Defendants.

23

24

| This document also relates to: | Case No. 3:21-cv-00699 |

25

ROBERT L. WILSON, on behalf of himself and
all others similarly situated,

26

27

Plaintiff,          Judge:  Hon. Vince Chhabria

28

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE IN
RESPONSE TO PLAINTIFF JENNIFER YICK'S MOTION TO CONSOLIDATE THE RELATED CASES PURSUANT
TO CIVIL LOCAL RULE 6-2 (CASE NO. 6-2 3:21-cv-00376-VC and Related Cases)

| | |
|---|---|
| v. | Complaint filed:  January 28, 2021 |
| BANK OF AMERICA, N.A., and DOES 1-20, inclusive, | |
| Defendants. | |

**This document also relates to**:

CHRISTOPHER MOSSON, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A., and DOES 1-50, inclusive,

Defendants.

Case No. 3:21-cv-00743-VC

Judge:  Hon. Vince Chhabria

Complaint filed:  January 29, 2021

**This document also relates to**:

CLARA CAJAS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

BANK OF AMERICA, N.A., and DOES 1-20, inclusive,

Defendants.

Case No. 3:21-cv-00869-VC

Judge:  Hon. Vince Chhabria

Complaint filed:  February 3, 2021

1     Pursuant to Civil Local Rule 6.2, Defendant Bank of America, N.A. ("Defendant" or

2  "BANA") and Plaintiffs in the related cases (as defined below) (together, "the Parties"), hereby

3  stipulate and agree as follows:

4     WHEREAS, Plaintiff Yick filed her complaint in *Yick v. Bank of America, N.A., et al.*,

5  Case No. 3-21-cv-00376, on January 14, 2021, which was served on BANA on January 27, 2021,

6  and an initial case management conference was scheduled for April 16, 2021;

7     WHEREAS, Plaintiff Rodriguez filed his complaint in *Rodriguez v. Bank of America,*

8  *N.A.,* Case No. 3:21-cv-00494, on January 20, 2021, which was served on BANA on February 5,

9  2021, and an initial case management conference was scheduled for April 23, 2021;

10    WHEREAS, Plaintiff Willrich filed his complaint in *Willrich v. Bank of America, N.A., et*

11  *al.*, Case No. 3:21-cv-00547, on January 22, 2021, which was served on BANA on February 3,

12  2021, and an initial case management conference was scheduled for April 29, 2021;

13    WHEREAS, Plaintiff McClure filed her complaint in *McClure v. Bank of America, N.A.,*

14  *et al.*, Case No. 3:21-cv-00572, on January 25, 2021, which was served on BANA on January 29,

15  2021, and an initial case management conference was scheduled for April 29, 2021;

16    WHEREAS, Plaintiffs Oosthuizen and Mathews filed their complaint in *Oosthuizen and*

17  *Mathews v. Bank of America, N.A., et al.*, 3:21-cv-000615, on January 26, 2021, which was

18  served on BANA on February 2, 2021, and an initial case management conference was scheduled

19  for April 27, 2021;

20    WHEREAS, Plaintiff Wilson filed his complaint in *Wilson v. Bank of America, N.A. et al.,*

21  Case No. 3:21-cv-00699, on January 28, 2021, which has not yet been served on BANA, and an

22  initial case management conference was scheduled for May 3, 2021;

23    WHEREAS,  Plaintiff Mosson filed his complaint in *Mosson v. Bank of America, N.A., et*

24  *al.*, Case No. 3:21-cv-00743, on January 29, 2021, which was served on BANA on February 18,

25  2021, and an initial case management conference was scheduled for April 30, 2021;

26    WHEREAS,  Plaintiff Cajas filed her complaint in *Cajas v. Bank of America, N.A., et al.*,

27  Case No. 3:21-cv-00869, on February 3, 2021, which was served on BANA on February 23,

28

1

1    2021, and an initial case management conference was scheduled for May 6, 2021;

2          WHEREAS, Plaintiff Yick filed Administrative Motions to Consider Whether Cases

3    Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11;

4          WHEREAS, United States District Judge Vince Chhabria, the presiding judge in the

5    lowest-numbered case, *Yick v. Bank of America, N.A.*, Case No. 3-21-cv-00376, issued an order

6    on February 11, 2021, finding that case to be related to the seven additional cases listed in the

7    preceding paragraphs (together, the "Related Cases") (Yick Dkt. No. 29);

8          WHEREAS, Plaintiff Yick filed a motion to consolidate the Related Cases pursuant to

9    Federal Rule of Civil Procedure 42 on February 12, 2021 (the "Consolidation Motion") (Yick

10   Dkt. No. 34), set to be heard on March 25, 2021;

11         WHEREAS, all other plaintiffs in the Related Cases have joined in the Motion (Yick Dkt.

12   Nos. 35-38, 40-42);

13         WHEREAS, Defendant reserves all rights in relation to the Consolidation Motion,

14   including the right to oppose the Motion;

15         WHEREAS, the Parties agree that there is good cause to extend Defendant's time to file

16   its responsive pleading(s) and set a briefing schedule for any motion to dismiss;

17         WHEREAS, extending the deadline for Defendant's responsive pleading(s) will likely

18   require altering the date of the initial case management conference scheduled for some, if not all,

19   of the Related Cases;

20         NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by the Parties,

21   through their counsel of record, subject to the Court's approval, that:

22         (1) Defendant need not respond to the complaints in the Related Cases at this time;

23         (2) If the Court grants the Consolidation Motion, Defendant's responsive pleading shall

24             be due   **21**   days after the filing of the Consolidated Complaint; Plaintiffs'

25             opposition to any motion to dismiss shall be due   **14**   days thereafter; and any

26             Reply shall be due   **7**   days thereafter.

27         (3) If the Court denies the Consolidation Motion, in each of the Related Cases,

28

2

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE IN
RESPONSE TO PLAINTIFF JENNIFER YICK'S MOTION TO CONSOLIDATE THE RELATED CASES PURSUANT
TO CIVIL LOCAL RULE 6-2 (CASE NO. 3:21-cv-00376-VC and Related Cases)

1    Defendant's responsive pleading shall be due forty-five (45) days following the entry

2    of an order denying the Consolidation Motion; any opposition to a motion to dismiss

3    shall be due thirty (30) days thereafter; and any Reply shall be due fifteen (15) days

4    thereafter.

5    A declaration pursuant to Civil Local Rule 6-2 accompanies this document.

6

7

8

9

10   Dated: February 26, 2021                    Respectfully Submitted,

11

12                                                By: */s/ Laura A. Stoll*
                                                  Laura A. Stoll
13                                                *LStoll@goodwinlaw.com*
                                                  **GOODWIN PROCTER LLP**
14                                                601 South Figueroa Street, 41st Floor
                                                  Los Angeles, California  90017
15                                                Tel.: +1 213 426 2500
                                                  Fax: +1 213 623 1673
16
                                                  DAVID ROSSITER CALLAWAY
17                                                *DCallaway@goodwinlaw.com*
                                                  **GOODWIN PROCTER LLP**
18                                                601 Marshall Street
                                                  Redwood City, California  94063
19                                                Tel.: +1 650 752 3100
                                                  Fax: +1 650 853 1038
20
                                                  *Attorneys for Defendant BANK OF AMERICA, N.A.*
21

22

23

24

25

26

27

28
                                        3

1   Dated:  February 26, 2021         By: */s/ Joseph W. Cotchett (with permission)*

2                                     Joseph W. Cotchett
                                     *jcotchett@cpmlegal.com*

3                                     Anne Marie Murphy
                                     *amurphy@cpmlegal.com*

4                                     Brian Danitz
                                     *bdanitz@cpmlegal.com*

5                                     Noorjahan Rahman
                                     *nrahman@cpmlegal.com*

6                                     Andrew F. Kirtley
                                     *akirtley@cpmlegal.com*

7                                     **COTCHETT, PITRE & McCARTHY, LLP**
                                     840 Malcolm Road, Suite 200

8                                     Burlingame, CA  94010
                                     Tel.: +1 650 697 6000

9                                     Fax: +1 650 697 0577

10                                   *Attorneys for Plaintiff JENNIFER YICK and the Proposed Class*

11

12   Dated:  February 26, 2021         By: */s/ David S. Casey, Jr. (with permission)*

13                                     David S. Casey, Jr.
                                     *dcasey@cglaw.com*

14                                     Gayle M. Blatt
                                     *gmb@cglaw.com*

15                                     Jeremy Robinson
                                   *jrobinson@cglaw.com*

16                                     P. Camille Guerra
                                   *camille@cglaw.com*

17                                     Catherine M. McBain
                                   *kmcbain@cglaw.com*

18                                     **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

19                                     110 Laure Street
                                     Sa Diego, CA  92101

20                                   Tel.: +1 619 238 1811
                                   Fax: +1 619 544 9232

21                                   Jean S. Martin

22                                   *jmartin@ForThe People.com*
                                   **MORGAN & MORGAN**

23                                   201 N. Franklin Street, 7th Floor
                                   Tampa, Florida 33602

24                                   Tel.: +1 818 223 5505

25                                   *Attorneys for Plaintiff CARLOS RODRIGUEZ*

26

27

28

4

1

Dated:  February 26, 2021

By: */s/ Natasha N. Serino (with permission)*

Natasha N. Serino
*natashaserino@schacklawgroup.com*
Shannon F. Nocon
*shannonnocon@schacklawgroup.com*
**SCHACK LAW GROUP**
16870 West Barnardo Drive, Suite 400
San Diego, CA  92127
Tel.: +1 858 485 6535
Fax: +1 858 485 0608

*Attorneys for Plaintiffs J. MICHAEL WILLRICH*

Dated:  February 26, 2021

By: */s/ Francis A. Bottini (with permission)*

Francis A. Bottini, Jr.
*fbottini@bottinilaw.com*
Anne B. Beste
*abeste@bottinilaw.com*
Albert Y. Chang
*achang@bottinilaw.com*
Yury A. Kolesnikov
*ykolesnikov@bottinilaw.com*
**BOTTINI & BOTTINI**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA  92037
Tel.: +1 858 914 2001
Fax: +1 858 914 2002

*Attorneys for Plaintiff LINDSAY MCCLURE*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Dated: February 26, 2021            By: */s/ Michael Rubin (with permission)*
                                        Michael Rubin
                                        *mrubin@altber.com*
                                        Matthew Murray
                                        *mmurray@altber.com*
                                        Connie Chan
                                        *cchan@altber.com*
                                        **ALTSHULER BERZON LLP**
                                        177 Post Street, Suite 300
                                        San Francisco, CA  94108
                                        Tel.: +1 415 421 7151
                                        Fax: +1 415 362 8064


                                        Adam McNeile
                                        *adam@kbklegal.com*
                                        Kristin Kemnitzer
                                        *kristin@kbklegal.com*
                                        **KEMNITZER, BARRON, & KRIEG, LLP**
                                        42 Miller Avenue, 3rd Floor
                                        Mill Valley, CA  94941
                                        Tel.: +1 415 632 1900
                                        Fax: +1 415 632 1901

                                        *Attorneys for Plaintiffs ROLAND OOSTHUIZEN and ROSEMARY MATHEWS*


Dated: February 26, 2021            By: */s/ Thomas E. Fraysse (with permission)*
                                        Thomas E. Fraysse
                                        *tef@knoxricksen.com*
                                        Maisie C. Sokolove
                                        *mcs@knoxricksen.com*
                                        Amanda M. Plowman
                                        *amp@knoxricksen.com*
                                        **KNOX RICKSEN LLP**
                                        2033 N. Main Street, Suite 340
                                        Walnut Creek, CA  94596
                                        Tel.: +1 925 433 3500
                                        Fax: +1 935 433 2505

                                        *Attorneys for Plaintiff ROBERT L. WILSON*

6

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF JENNIFER YICK'S MOTION TO CONSOLIDATE THE RELATED CASES PURSUANT TO CIVIL LOCAL RULE 6-2 (CASE NO. 3:21-cv-00376-VC and Related Cases)

1   Dated: February 26, 2021          By: */s/ P. Terry Anderlini (with permission)*

2                                          P. Terry Anderlini
                                           *tanderlini@amlawoffice.com*

3                                          Joseph M. Goethals
                                           Jackson D. Morgus

4                                          *jmorgus@amlawoffice.com*
                                           **ANDERLINI & MCSWEENEY LLP**

5                                          66 Bovet Road, Suite 285
                                           San Mateo, CA  94402

6                                          Tel.: +1 650 212 0001
                                           Fax: +1 650 212 0081

7                                          *Attorneys for Plaintiff CHRISTOPHER MOSSON*

8

9   Dated: February 26, 2021          By: */s/ Mary E. Alexander (with permission)*

10                                         Mary E. Alexander
                                           *malexander@maryalexanderlaw.com*

11                                         Brendan D.S. Way
                                           *bway@maryalexanderlaw.com*

12                                         Arin R. Scapa
                                           *ascapa@maryalexanderlaw.com*

13                                         Catalina S. Muñoz
                                           *cmunoz@maryalexanderlaw.com*

14                                         **MARY ALEXANDER & ASSOCIATES, P.C.**
                                           44 Montgomery Street, Suite 1303

15                                         San Francisco, CA  94104
                                           Tel.: +1 415 433 4440

16                                         Fax: +1 415 433 5440

17                                         *Attorneys for Plaintiff CLARA CAJAS*

18

19

20

21

22

23

24

25

26

27

28

7

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF JENNIFER YICK'S MOTION TO CONSOLIDATE THE RELATED CASES PURSUANT TO CIVIL LOCAL RULE 6-2 (CASE NO. 3:21-cv-00376-VC and Related Cases)

1   **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO**

2   **ORDERED** **AS MODIFIED ABOVE**

3

4   DATED this __12__, day of ____March____, 2021.

5

6                                                          Hon

7                                                          UNITED

8                                                          IT IS SO ORDERED
                                                           AS MODIFIED

9                                                          Judge Vince Chhabria

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                8